**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-20168
Summary Calendar

LINDA SLOAN,

Plaintiff-Appellant,

VERSUS

JOHN SHARP; ET AL,

Defendants,

JOHN SHARP, Comptroller, in his capacity as head of Comptroller of
Public Accounts for the State of Texas; TEXAS, STATE OF; GRUNDY
WILEY, Individually and in his capacity as an employee with the
State of Texas; COMPTROLLER OF PUBLIC ACCOUNTS,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
February 4, 1999

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:

This matter is before us on remand from the United States
Supreme Court. Sloan v. Sharp, No. 97-1656 (October 5, 1998).

It is ORDERED that the judgment of the district court is
VACATED, and the matter is REMANDED to the district court for
further proceedings in light of Faragher v. City of Boca Raton, 524

U.S. ___; 118 S. Ct. 2275 (1998); and <u>Burlington Industries, Inc., v. Ellert</u>, 524 U.S. ___; 118 S. Ct. 2257 (1998).

VACATED and REMANDED.